AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| Comité Progreso de Lamont, Committee for a Better Arvin, Committee for a Better Shafter, Central California Environmental Justice Network, Association of Irritated Residents, (see attached). <br> *Plaintiff(s)* <br> v. <br> United States Environmental Protection Agency and Michael S. Regan, in his official capacity as Administrator of the United States Environmental Protection Agency, <br> *Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States Environmental Protection Agency
1200 Pennsylvania Ave, N.W.
Washington, DC  20460

Michael S. Regan, Administrator of the U.S. Environmental Protection Agency
Office of the Administrator: mail code 1101A, 1200 Pennsylvania Ave., N.W.
Washington, DC  20460

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Stacey P. Geis
Paul R. Cort
Colin C. O'Brien
Gregory D. Muren
Earthjustice
50 California Street, Suite 500, San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
*Signature of Clerk or Deputy Clerk*

**SUMMONS IN A CIVIL ACTION**
**Continuation Page**

Plaintiff(s)

Medical Advocates for Healthy Air, National Parks Conservation Association, and Sierra Club