STACEY P. GEIS, SB No. 181444
sgeis@earthjustice.org
PAUL R. CORT, SB No. 184336
pcort@earthjustice.org
COLIN C. O'BRIEN, SB No. 309413
cobrien@earthjustice.org
GREGORY D. MUREN, SB No. 319313
gmuren@earthjustice.org
EARTHJUSTICE
50 California Street, Suite 500
San Francisco, CA 94111
Tel: (415) 217-2000
Fax: (415) 217-2040

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMITÉ PROGRESO DE LAMONT, COMMITTEE FOR A BETTER ARVIN, COMMITTEE FOR A BETTER SHAFTER, CENTRAL CALIFORNIA ENVIRONMENTAL JUSTICE NETWORK, ASSOCIATION OF IRRITATED RESIDENTS, MEDICAL ADVOCATES FOR HEALTHY AIR, NATIONAL PARKS CONSERVATION ASSOCIATION, and SIERRA CLUB,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and MICHAEL S. REGAN, in his official capacity as Administrator of the United States Environmental Protection Agency,<br><br>Defendants. | Case No.<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: November 10, 2021 　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　STACEY P. GEIS, SB No. 181444
　　　　　　　　　　　　　　　　　　sgeis@earthjustice.org
　　　　　　　　　　　　　　　　　　PAUL R. CORT, SB No. 184336
　　　　　　　　　　　　　　　　　　pcort@earthjustice.org
　　　　　　　　　　　　　　　　　　COLIN C. O'BRIEN, SB No. 309413
　　　　　　　　　　　　　　　　　　cobrien@earthjustice.org

　　　　　　　　　　　　　　　　　　/s/ Gregory Muren
　　　　　　　　　　　　　　　　　　GREGORY D. MUREN, SB No. 319313
　　　　　　　　　　　　　　　　　　gmuren@earthjustice.org
　　　　　　　　　　　　　　　　　　EARTHJUSTICE
　　　　　　　　　　　　　　　　　　50 California Street, Suite 500
　　　　　　　　　　　　　　　　　　San Francisco, CA 94111
　　　　　　　　　　　　　　　　　　Tel: (415) 217-2000
　　　　　　　　　　　　　　　　　　Fax: (415) 217-2040

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*