MARTHA C. MANN
Environmental Defense Section
150 M Street NE, Suite 4.528
Washington D.C. 20004
Tel: (202) 514-2664
Fax: (202) 514-8865
E-mail: martha.mann@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| COMITÉ PROGRESO DE LAMONT, *et al.*, | ) ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | ) Civ. No. 4:21-cv-08733-DMR ) |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*, | ) **NOTICE OF APPEARANCE** ) ) ) |
| *Defendants*. | ) ) ) |

Pursuant to Local Rule 11-2, please enter the appearance of Martha C. Mann as counsel in the above captioned case for Defendants United States Environmental Protection Agency and Administrator Michael S. Regan, in his official capacity as Administrator of the United States Environmental Protection Agency.

**MAILING ADDRESS**

Martha C. Mann
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611

**OVERNIGHT ADDRESS (not to be used for regular U.S. Mail)**

Martha C. Mann
U.S. Department of Justice
Environment & Natural Resources Division

1

Notice of Appearance - 4:21-cv-08733-DMR

| | |
|---|---|
| Washington, D.C. 20026-3986 | Environmental Defense Section |
| | 150 M Street NE, Suite 4.528 |
| **TELEPHONE** (202) 514-2664 | Washington, D.C. 20002-3388 |
| **FACSIMILE** (202) 514-8865 | |
| **E-MAIL** martha.mann@usdoj.gov | |

Respectfully submitted,

Date:  December 17, 2021

   s/ *Martha C. Mann*
MARTHA C. MANN
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
150 M Street NE, Suite 4.528
Washington D.C.  20002-3388
martha.mann@usdoj.gov
Telephone (202) 514-2664
Facsimile (202) 514-8865