STACEY P. GEIS, SB No. 181444
sgeis@earthjustice.org
PAUL R. CORT, SB No. 184336
pcort@earthjustice.org
COLIN C. O'BRIEN, SB No. 309413
cobrien@earthjustice.org
GREGORY D. MUREN, SB No. 319313
gmuren@earthjustice.org
EARTHJUSTICE
50 California Street, Suite 500
San Francisco, CA 94111
Tel: (415) 217-2000
Fax: (415) 217-2040

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMITÉ PROGRESO DE LAMONT, COMMITTEE FOR A BETTER ARVIN, COMMITTEE FOR A BETTER SHAFTER, CENTRAL CALIFORNIA ENVIRONMENTAL JUSTICE NETWORK, ASSOCIATION OF IRRITATED RESIDENTS, MEDICAL ADVOCATES FOR HEALTHY AIR, NATIONAL PARKS CONSERVATION ASSOCIATION, and SIERRA CLUB,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY and MICHAEL S. REGAN, in his official capacity as Administrator of the United States Environmental Protection Agency,<br><br>Defendants. | Case No. 4:21-cv-08733-DMR<br><br>**PROOF OF SERVICE** |

I am a citizen of the United States of America and employed in the City and County of San Francisco; I am over the age of 18 years and not a party to the within entitled action; my business address is 50 California Street, Suite 500, San Francisco, California.

I hereby certify that on November 11, 2021, I served by U.S. Certified Mail, return receipt requested, one true copy of the following documents:

- Executed Summons in a Civil Action;
- Complaint;
- Civil Cover Sheet;
- Certification of Interested Entities or Persons;
- Notice of Electronic Filing: Case Assigned to Magistrate Judge Donna M. Ryu;
- Order Setting Initial Case Management Conference and ADR Deadlines;
- Plaintiffs' Consent to Proceed Before a US Magistrate Judge;
- Notice of Assignment of Case to a United States Magistrate Judge for Trial and Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California;
- Notice of Settlement Conference and Settlement Conference Order;
- Notice Re Telephonic Appearance Procedures for Magistrate Judge Donna M. Ryu;
- Standing Order for United States Magistrate Judge Donna M. Ryu;
- Standing Order for All Judges of the Northern District of California;
- ECF Registration Information Handout
- Proof of Service

on the persons listed below:

Merrick B. Garland
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

Michael S. Regan, Administrator
William Jefferson Clinton Building
US EPA, Mail code: 1101A
1200 Pennsylvania Avenue, NW
Washington, DC  20460

Civil Process Clerk
Office of the United States Attorney
450 Golden Gate Ave., 11th Floor
San Francisco, CA  94102

Environmental Protection Agency
1200 Pennsylvania Ave., NW
Washington, DC  20460

I certify under penalty of perjury that the foregoing is true and correct. Executed on December 17, 2021 in San Francisco, California.

Rikki Weber

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Civil Process Clerk
Office of the United States Attorney
450 Golden Gate Ave., 11th Floor
San Francisco, CA 94102

9590 9402 6117 0209 5271 30

2. Article Number (Transfer from service label)

7019 2970 0001 3730 6472

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Geoffrey Mills*   ☒ Agent   ☐ Addressee

B. Received by (Printed Name): Geoffrey Mac   C. Date of Delivery: 11/15/2021

D. Is delivery address different from item 1? ☐ Yes   ☒ No
If YES, enter delivery address below:

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, DC 20460

9590 9402 6117 0209 5271 23

2. Article Number (Transfer from service label)

7019 2970 0001 3730 6489

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes   ☐ No
If YES, enter delivery address below:

NOV 15 2021

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Merrick B. Garland
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

9590 9402 6117 0209 5271 47

2. Article Number (Transfer from service label)
7019 2970 0001 3730 6465

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signed)_
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

NOV 1 6 2021

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael S. Regan, Administrator
William Jefferson Clinton Building
US EPA, Mail code: 1101A
1200 Pennsylvania Avenue, NW
Washington, DC 20460

9590 9402 6117 0209 5103 23

2. Article Number (Transfer from service label)
7019 2970 0001 3730 6458

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

NOV 15 2021

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70192970000137306458

Remove ✕

Your item was delivered to an individual at the address at 11:03 am on November 15, 2021 in WASHINGTON, DC 20460.

## ⊘ Delivered, Left with Individual

November 15, 2021 at 11:03 am
WASHINGTON, DC 20460

Get Updates ⌄

Text & Email Updates ⌄

Tracking History ⌄

Product Information ⌄

See Less ⌃

Remove ✕

**Tracking Number:** 70192970000137306465

Your item was delivered at 4:48 am on November 16, 2021 in WASHINGTON, DC 20530.

## ⊘ Delivered

November 16, 2021 at 4:48 am
WASHINGTON, DC 20530

Get Updates ⌄

---

Text & Email Updates                                              ⌄

---

Tracking History                                                  ⌄

---

Product Information                                               ⌄

---

See Less ⌃

Feedback

Remove ✕

**Tracking Number:** 70192970000137306489

Your item was delivered to an individual at the address at 11:03 am on November 15, 2021 in WASHINGTON, DC 20460.

## ⊘ Delivered, Left with Individual

November 15, 2021 at 11:03 am
WASHINGTON, DC 20460

Get Updates ∨

Text & Email Updates ∨

Tracking History ∨

Product Information ∨

See Less ∧

Remove ✕

**Tracking Number:** 70192970000137306472

Your item was delivered to an individual at the address at 3:41 pm on November 13, 2021 in SAN FRANCISCO, CA 94102.

## ⊗ Delivered, Left with Individual

November 13, 2021 at 3:41 pm
SAN FRANCISCO, CA 94102

Get Updates ∨

Text & Email Updates ∨

Tracking History ∨

Product Information ∨

**See Less** ∧

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Feedback