

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

1301 Clay Street

Oakland, CA 94612

*cand.uscourts.gov*

December 20, 2021

**Martha Collins Mann**
United States Department of Justice
Environment & Natural Resources Divivision
Environmental Defense Section
601 D Street, NW, Suite 8000
Washington, DC 20004

Re:     Comite Progreso de Lamont, et al. v. United States Environmental Protection Agency, et al
Case Number:4:21-cv-08733-DMR

Dear Counsel:

This matter has been randomly assigned to United States Magistrate Judge Donna M. Ryu for all
purposes including trial.

The magistrate judges of this district have been designated to conduct any and all proceedings in a
civil case including a jury or nonjury trial and to order the entry of a final judgment, upon the consent
of all parties.

A review of our records discloses that the Consent or Declination to Magistrate Judge Jurisdiction has
not been filed in this case.  Defendants are requested to complete the attached form documenting either
consent or declination and file it with the Court by **January 3, 2022.** This form can be found on the
Court's website at cand.uscourts.gov/civilforms.

Please note that any party is free to withhold consent to proceed before a magistrate judge without
adverse substantive consequences.

Mark B. Busby
Clerk of Court, United States District Court

By _____

Ivy Lerma Garcia, Deputy Clerk to the
Honorable DONNA M. RYU

*REV. 9-19*

1

2                              UNITED STATES DISTRICT COURT

3                             NORTHERN DISTRICT OF CALIFORNIA

4

5    COMITE PROGRESO DE LAMONT, et                Case No.4:21-cv-08733-DMR
     al.,

6                 Plaintiffs,

7            v.                                   **CONSENT OR DECLINATION
                                                  TO MAGISTRATE JUDGE
8    UNITED STATES ENVIRONMENTAL                  JURISDICTION**
     PROTECTION AGENCY, et al.,
9
                  Defendants.
10

11           **INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you

12   (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to

13   consent or decline magistrate judge jurisdiction in this matter. Sign this form below your selection.

14           (  )   **Consent to Magistrate Judge Jurisdiction**

15           In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to

16   have a United States magistrate judge conduct all further proceedings in this case, including trial

17   and entry of final judgment. I understand that appeal from the judgment shall be taken directly to

18   the United States Court of Appeals for the Ninth Circuit.

19           **OR**

20           (  )   **Decline Magistrate Judge Jurisdiction**

21           In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United

22   States magistrate judge conduct all further proceedings in this case and I hereby request that this

23   case be reassigned to a United States district judge.

24   DATE:                                        NAME: _____

25                                                COUNSEL FOR (OR "PRO SE"):

26                                                _____

27                                                _____

28                                                Signature

     *REV. 9-19*

United States District Court
Northern District of California