MARTHA C. MANN
Environmental Defense Section
150 M Street N.E., Suite 4.528
Washington D.C., 20002
Tel: (202) 514-2664
Fax: (202) 514-8865
martha.mann@usdoj.gov

PAUL A. CAINTIC
Environmental Defense Section
150 M. Street N.E., Suite 4.142
Washington D.C., 20002
Tel: (202) 514-2593
Fax: (202) 514-8865
paul.caintic@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| COMITÉ PROGRESO DE LAMONT, *et al.*, <br><br>  *Plaintiffs*, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> *Defendants*. | Civ. No. 3:21-cv-8733-WHA <br><br> **NOTICE OF APPEARANCE ON BEHALF OF DEFENDANTS** |

    Please enter the appearance of Paul A. Caintic as counsel of record on behalf of Defendants United States Environmental Protection Agency and Administrator Michael S. Regan, in his official capacity as Administrator of the United States Environmental Protection Agency.

Mr. Caintic is registered to use the Court's ECF system and may be served electronically using that system. If necessary, notices, orders, or other papers may also be sent to Mr. Caintic at either of the following addresses:

| **U.S. MAIL** | **OVERNIGHT & HAND DELIVERY** |
|---|---|
| United States Department of Justice<br>Environment & Natural Resources Division<br>Environmental Defense Section<br>P.O. Box 7611<br>Washington, D.C. 20044-7611 | United States Department of Justice<br>Environment & Natural Resources Division<br>150 M Street N.E.<br>Suite 4.142<br>Washington, D.C. 20002 |

**TELEPHONE:** (202) 514-2593
**FACSIMILE**: (202) 514-8865
**E-MAIL:** paul.caintic@usdoj.gov

Dated: January 13, 2022

Respectfully submitted,

*/s/ Paul A. Caintic*
Paul A. Caintic (D.C. Bar No. 1779847)
United States Department of Justice
Environment & Natural Resources Division
150 M Street, N.E.
Washington, D.C. 20002
Tel: (202) 514-2593
paul.caintic@usdoj.gov

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 13, 2022, a true and correct copy of the foregoing document was filed electronically with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Paul A. Caintic*
PAUL A. CAINTIC