**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| COMITÉ PROGRESO DE LAMONT, *et al.*, <br><br>  *Plaintiffs*, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br><br> *Defendants*. | Civ. No. 3:21-cv-8733-WHA <br><br> **SECOND STIPULATION AND [PROPOSED] ORDER TO ENLARGE TIME FOR DEFENDANTS' ANSWER AND TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Plaintiffs Comité Progreso de Lamont, Committee for a Better Arvin, Committee for a Better Shafter, Central California Environmental Justice Network, Association of Irritated Residents, Medical Advocates for Healthy Air, National Parks Conservation Association, and Sierra Club and Defendants United States Environmental Protection Agency ("EPA") and Michael S. Regan, Administrator of the EPA (collectively, the "Parties") stipulate as follows:

1. The Parties have had multiple conversations over the past three months to discuss a potential settlement to this case. These conversations have been productive, and the Parties are making steady progress towards a negotiated resolution.

2. The Parties agree that a 45-day extension of litigation proceedings would be beneficial to the Parties and conserve efficient use of the Court's resources while the Parties continue to negotiate a resolution to this case.

3. There has been one other time modification to this case. Dkt. No. 12.

4. That time modification was only 30 days and coincided with the holiday season. *Id.* This made it difficult for the Parties to continue discussions due to the differing availability of necessary participants. The Parties agree that an additional 45-day extension will further facilitate negotiations and conserve efficient use of the Court's resources.

1

Second Stipulation and [Proposed] Order to Enlarge Time – 3:21-cv-8733-WHA

5. Defendants' response deadline is currently February 14, 2022. *Id*. The parties request that Defendants' response deadline be extended by 45 days to March 31, 2022.

5. The Case Management Conference for this case is currently scheduled for March 24, 2022 at 11:00 A.M. Dkt. No. 16. The Parties request that the Court continue the Conference at the Court's earliest convenience on or after Thursday, May 12, 2022.

6. This Court set March 3, 2022, 21 days before the Case Management Conference, as the last day to meet and confer regarding initial disclosures, early settlement, ADR process selection, and a discovery plan, and to file an ADR certification. *See* Dkt. Nos. 12, 16. The Parties request that the Court extend these deadlines to 21 days before the rescheduled Case Management Conference.

7. This Court set March 17, 2022, 7 days before the Case Management Conference, as the deadline to file a Rule 26(f) Report, complete initial disclosures or state an objection in a Rule 26(f) Report, and file a Case Management Statement. Dkt. No. 16. The Parties request that the Court extend these deadlines to 7 days before the rescheduled Case Management Conference.

8. The Parties respectfully request that this Court enter this stipulation and extend all litigation deadlines as outlined above and continue the Case Management Conference until Thursday, May 12, 2022, or at such later time as is convenient for the Court.

9. Pursuant to Local Civil Rule 5-1(h)(3), the undersigned counsel for Defendants attest that the other signatories listed below concur in the filing of this document.

Dated: January 18, 2022

Martha Mann (Florida Bar No. 155950)
martha.mann@usdoj.gov

*s/ Paul Caintic*
Paul Caintic (D.C. Bar No. 1779847)
United States Department of Justice
Environment & Natural Resources Division
150 M Street N.E.
Washington, D.C. 20002
Tel: (202) 514-2593
paul.caintic@usdoj.gov

*Counsel for Defendants*

Respectfully submitted,

Stacey P. Geis (SBN 181444)
sgeis@earthjustice.org
Paul R. Cort (SBN 184336)
pcort@earthjustice.org
Colin C. O'Brien (SBN 309413)
cobrien@earthjustice.org

*s/   Gregory D. Muren*
Gregory D. Muren (SBN 319313)
Earthjustice
50 California Street, Suite 500
San Francisco, CA 94111
Tel: (415) 217-2000

gmuren@earthjustice.org

*Counsel for Plaintiffs*

\* \* \*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: January 18, 2022

_____
WILLIAM H. ALSUP
United States District Judge

Second Stipulation and [Proposed] Order to Enlarge Time – 3:21-cv-8733-WHA